THE NIAGARA FALLS POWER COMPANY, Respondent, v. PETTEBONE-CATARACT PAPER COMPANY, Appellant. (Action No. 3.) — Order modified by adding

thereto the words: " ' Loose rock ' as used in this order does not include the table or shelf of granite near the top of the bank west of defendant's premises." And as so modified the order is affirmed, without costs of this appeal to either party. All concur; Sears, J., not sitting.